

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Danielle Caudillo,                 * From the 42nd District Court
                                             of Taylor County,
                                             Trial Court No. 29549A.

Vs. No. 11-23-00198-CR            * November 30, 2023

The State of Texas,                 * Memorandum Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.